CONCURRENCE HELENE N. WHITE, Circuit Judge, concurring. I agree that the petition for leave to appeal should be granted because Petitioner President Trump has shown that the certified order meets the standards for granting interlocutory appeal. I write separately to state that we should not use a published order granting leave as a vehicle to clarify or change the law as stated in a published opinion when no such clarification or development is necessary to address the petition for leave. Further, I do not agree that orders certified for interlocutory appeal are intrinsically “exceptional” because they are rare, or that there is a presumption in favor of granting petitions for leave to appeal when “another Article III judge” certifies an order. The fact that a district judge certified the order for interlocutory appeal is simply a necessary prerequisite present in all cases in which a petition is brought under 28 U.S.C. § 1292(b).